# United States Court of Appeals
## For the First Circuit

No. 16-1254

SCOTT PHILLIPS, individually and on behalf of all others
similarly situated,

Plaintiff, Appellant,

v.

EQUITY RESIDENTIAL MANAGEMENT, L.L.C.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 12, 2016, is
amended as follows:

On page 4, footnote 3, line 3, change "2016" to "2013"